

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-06-00065-CV

_____

STANLEY GRAFF, Appellant

V.

VERNON BERRY, ET AL., Appellee

On Appeal from the 6th District Court
Red River County, Texas
Trial Court No. CV01133

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

As part of the appellate record in this matter, original exhibits were transferred to this Court for our use when this appeal was before us. Specifically, original documents marked "Defendant's Exhibit 1" and "Defendant's Exhibit 2" were transferred to this Court. It appears to this Court that the proper repository for these exhibits should be the District Clerk's Office of Red River County, Texas. Accordingly, we order the clerk of this Court to transfer the original exhibits filed in this appeal into the keeping of the District Clerk of Red River County by mailing the exhibits to the district clerk via certified mail, return receipt requested.

We further order the Red River County District Clerk, Janice Gentry, on receipt of said exhibits, to sign and return to this Court the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date: August 29, 2013

2

RECEIPT FOR ORIGINAL EXHIBITS

I, Janice Gentry, District Clerk of Red River County, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Judicial District, Texarkana, Texas, in the case of *Stanley Graff v. Vernon Berry, et al.*, appellate cause number 06-06-00065-CV; trial court cause number CV01133: original documents marked "Defendant's Exhibit 1" and "Defendant's Exhibit 2."

_____
Janice Gentry
Red River County District Clerk

Date: _____